**Charles Dejuan MORRIS, Petitioner–Appellant,**

v.

**Michael BUDGE; Attorney General of the State of Nevada, Respondents–Appellees.**

**No. 10–15688.**

United States Court of Appeals, Ninth Circuit.

Submitted March 14, 2011.*

Filed March 16, 2011.

Robert W. Story, Story Law Group, Reno, NV, for Petitioner–Appellant.

Charles Dejuan Morris, Carson City, NV, pro se.

Troy Curtis Jordan, Esquire, Deputy Attorney General, Office of the Nevada Attorney General, Carson City, NV, for Respondents–Appellees.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Before: WALLACE, NOONAN, and CLIFTON, Circuit Judges.

MEMORANDUM **

Petitioner–Appellant Charles Dejuan Morris, a Nevada state prisoner, appeals from the district court's denial of his petition for a writ of habeas corpus. We have jurisdiction pursuant to 28 U.S.C. § 2253. We affirm for the reasons stated in the district court's opinion.

